UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
     :   CRIMINAL NO. 1:10-CR-00181-2
     v.      :
     :
RAYMOND JONES,      :
      Defendant      :

*O R D E R*

AND NOW, this 15th day of December, 2017, upon consideration of

Defendant Raymond Jones's "expedited" motion (Doc. 193) for relief from judgment under

Federal Rule of Civil Procedure 60(b)(6), and in accord with our accompanying

memorandum, it is hereby ORDERED that the motion is DENIED.


<u>/s/ William W. Caldwell</u>
William W. Caldwell
United States District Judge